UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KEITH W. CANTER,
Plaintiff,

Case No. 1:17-cv-399
Dlott, J.
Litkovitz, M.J.

vs.

ANKERMES BLUE CARE ELECT
PREFERRED PROVIDER PLAN, et al.,
Defendants.

**ORDER**

This matter is before the Court following an informal discovery conference held on March 9, 2018, concerning plaintiff's discovery requests and issues regarding the documents to be included in the administrative record. The parties will attempt to resolve the outstanding issues pursuant to the following schedule:

- Defendants will review the exhibits attached to the complaint and notify plaintiff whether they can stipulate to the authenticity of these documents no later than **March 16, 2018**.

- Based on the information provided by defendants, plaintiff will determine whether he can narrow his outstanding discovery requests no later than **March 23, 2018**.

- After completing these steps, the parties will confer among themselves and if they are unable to resolve the outstanding discovery issues, they will contact the Court to schedule a follow-up telephone conference.

Plaintiff's Motion to Deem Admitted and/or to Order Amendment (Doc. 31) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Date: 3/9/18

Karen L. Litkovitz
United States Magistrate Judge