IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Keith W. Canter,

    Plaintiff(s),

vs.

Alkermes Blue Care Elect Preferred Provider Plan, et al.,

    Defendant(s).

Case Number: 1:17cv399

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on April 22, 2019 (Doc. 75), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 6, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for attorney fees (Doc. 62) is DENIED.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court